[No. 7,304.—Department One.]

## P. CUNNINGHAM v. THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO.

CERTIORARI.

The petition stated that the defendant had made an order admitting a will to probate, and afterwards vacated the same upon the hearing of a petition of certain heirs claiming that the alleged will had been revoked by testatrix.

The COURT:

Both the petition and the return show that this was not a proper case for the issuance of a writ of certiorari.

The proceedings are therefore dismissed.

---

[No. 6,418.—In Bank.]

## CHARLES SHIMMINS v. THE FIFTEENTH DISTRICT COURT FOR THE CITY AND COUNTY OF SAN FRANCISCO.

CERTIORARI.

APPLICATION for the writ of certiorari to the Fifteenth District Court.    DWINELLE, J.

*S. M. Wilson*, for Plaintiff.

*B. S. Brooks*, for Defendant.

The COURT:

Upon the authority of *Goodale* v. *The Fifteenth District Court*, 56 Cal. 26, writ dismissed.

[Justice McKINSTRY disqualified, Justice McKEE not sitting, Justice SHARPSTEIN dissenting.]